**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6124**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

KEVIN ELWOOD BULLOCK,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:01-cr-00294-TDS-1)

———————————

Submitted:  November 12, 2024            Decided:  December 4, 2024

———————————

Before NIEMEYER and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin Elwood Bullock, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Elwood Bullock appeals the district court's memorandum order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Bullock's motion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's memorandum order. *United States v. Bullock*, No. 1:01-cr-00294-TDS-1 (M.D.N.C. Jan. 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*